

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| GESPA NICARAGUA, S.A., | § | |
| Appellant, | § | No. 08-22-00244-CV |
| | § | Appeal from the |
| v. | § | 120th Judicial District Court |
| RECOM AG, FLEXTRONICS INTERNATIONAL USA, INC., FLEXTRONICS AUTOMOTIVE USA (TEXAS), LLC, and EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., | § | of El Paso County, Texas |
| | § | (TC# 2018-DCV-4112) |
| | § | |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the trial court's judgment should be affirmed in part and reversed in part. We reverse the trial court's June 22, 2022, judgment dismissing Appellant's claims against Appellee Expeditors International of Washington, Inc. In all other respects, the trial court's order is affirmed. We remand this cause to the trial court for further proceedings consistent with this opinion.

We further order that each party bear its own costs of this appeal. This decision shall be certified below for observance.

IT IS ORDERED THIS 20TH DAY OF MARCH 2024.


GINA M. PALAFOX, Justice

Before Alley, C.J., Palafox and Soto, JJ.